UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY ROE,<br><br>            Plaintiff,<br><br>    v.<br><br>ABERCROMBIE & FITCH STORES, INC.,<br><br>            Defendant. | Case No. 25-cv-09420-VC<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Re: Dkt. No. 11 |

The motion to remand is granted. This ruling assumes the reader's familiarity with the facts, the applicable legal standards, and the arguments made by the parties.

After a case is removed, the Court has discretion to permit joinder of a defendant whose addition would destroy subject matter jurisdiction. 28 U.S.C. § 1447(e). Here, Roe, a California resident, seeks to join Catiggay, whom Roe has shown and intends to allege to be a California resident. Dkt. Nos. 19-1 (Declaration), 11-2 (Proposed First Amended Complaint). Roe's request to join Catiggay is granted, thereby divesting the Court of jurisdiction.

The Clerk is directed to close the case and to remand the matter to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: December 12, 2025

_____
VINCE CHHABRIA
United States District Judge